# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2018

SEAN F. McAVOY, CLERK

Richard Gholston

*Plaintiff*

v.

Maria Tovar, being sued in her Individual and official capacities; Shawn Richman being sued in his Individual and official capacities; Monica Miller, being sued in her Individual and official capacities

*Defendant*

Civil Action No. 4:18-cv-05063-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 9, GRANTED.
Plaintiff's Motion to Waive Collection of Filing Fe Under PLRA, ECF No. 10, GRANTED.
Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. _____ on Plaintiff's Motion to Voluntarily Dismiss Complaint Without Prejudice, and Plaintiff's Motion to Waive Collection of Filing Fee.

Date: 7/12/18

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler